IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA

v.

RODNEY NEWSOM

05-20152-Ml

## ORDER ON ARRAIGNMENT

This cause came to be heard on ___May 11, 2005___, the United States Attorney for this district appeared on behalf of the government, and the defendant appeared in person and with counsel:

NAME ___Arthur Horne___ who is Retained/Appointed.

The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown, to a District Judge, such period is extended.

__✓__ The defendant, who is not in custody, may stand on his present bond.
____ The defendant, (not having made bond) (being a state prisoner) (being a federal prisoner) (being held without bond pursuant to BRA of 1984), is remanded to the custody of the U.S. Marshal.

___Diane K. Vescovo___
UNITED STATES MAGISTRATE JUDGE

CHARGES: 18:1028;

U. S. Attorney assigned to Case: T. DiScenza

Age: 31

7

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 7 in case 2:05-CR-20152 was distributed by fax, mail, or direct printing on May 13, 2005 to the parties listed.

---

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT