FILED BY _____ D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE 05 MAY 27 PM 2: 09
WESTERN DIVISION

ROBERT ~~~~~~~
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

UNITED STATES OF AMERICA                  )
                                          )
        Plaintiff,                        )
                                          )
v.                                        )    Criminal No. 05-20152 M1
                                          )
*Rodney Newsome*                          )
                                          )    **(90-Day Continuance)**
                                          )
_____               )
                                          )
_____               )
                                          )
_____               )
                                          )
_____               )
                                          )
        Defendant(s).                     )

## CONSENT ORDER ON CRIMINAL CASE CONTINUANCE
## AND EXCLUSION OF TIME

As indicated by the signatures below, the United States,
through its Assistant United States Attorney, and counsel for the
defendant(s) have agreed that, for good cause, this case should
be continued for reasons resulting in the exclusion of time under
the Speedy Trial Act.  The case is currently set on the June,
2005, criminal rotation calendar, but is now RESET for report at
9:00 a.m. on Friday, August 26, 2005, with trial to take place on
the September, 2005, rotation calendar with the time excluded
under the Speedy Trial Act through September 16, 2005.  Agreed in
open court at report date this 27th day of May, 2005.

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  6-3-05

12

SO ORDERED this 27th day of May, 2005.

JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

_____

Assistant United States Attorney

_____

Counsel for Defendant(s)

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 12 in case 2:05-CR-20152 was distributed by fax, mail, or direct printing on June 3, 2005 to the parties listed.

---

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Arthur E. Horne
HORNE GILLULY & WELLS, PLLC
81 Monroe Ave.
Ste. 400
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT